AFFIRMATION OF SERVICE

State of New York
                ss.:
County of Kings

United States District Court
Southern District of New York
Case #: CV 07 11425

I, the undersigned, an attorney duly admitted to practice in the State of New York, with offices at 25 Bond Street, 3rd Floor, Brooklyn, New York, 11201, affirm as follows as under penalties of perjury pursuant to 28 U.S.C. §1746:

That on December 20, 2007, I personally served the: SUMMONS AND COMPLAINT:

/XX/    **SERVICE BY HAND DELIVERY**, by forwarding a copy to each of the following persons at the last known address and numbers set forth after each name below. I knew the attorney(s) served to be the attorneys for the parties named herein.

                THE CITY OF NEW YORK
          C/O New York City Corporation Counsel
            New York City Law Department
             100 Church Street, 4th Floor
              New York, New York 10007

Deponent describes the individual served at the New York City Law Department as follows:

| | |
|---|---|
| Name: | Tameka Mendes-Gammon |
| Title: | Docketing Clerk |
| Sex: | Female |
| Height: | 5'4 – 5'8 |
| Weight: | 130-160 pounds |
| Age: | 25-35 years |
| Race: | Black |
| Color of hair: | Black |

Dated: Brooklyn, New York
       January 4, 2008

                                                            /s/
                                             _____
                                             WALE MOSAKU