UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CLIFTON THOMAS,

                Plaintiff,      07 Civ. 11425 (RWS)

  - against -                    O R D E R

CITY OF NEW YORK ET AL.,

                Defendants.

------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

**Sweet, D.J.,**

        Defendant's letter of April 24, 2008, will be treated as a motion to be heard Wednesday, May 7, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**April 28, 2008**

                                      ROBERT W. SWEET
                                      U.S.D.J.