```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

CLIFTON THOMAS,

                Plaintiff,              07 Civ. 11425 (RWS)

    - against -                         O R D E R

THE CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------X
```

**Sweet, D.J.,**

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/7/08]

    Defendants' Motion to Stay, dated April 25, 2008, will be heard at noon on Wednesday, May 28, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**May 6, 2008**

                                                       ROBERT W. SWEET
                                                          U.S.D.J.