UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X CV O7 11425 (RWS)
CLIFTON THOMAS,

                     Plaintiff,

    -against-

                                CERTIFICATION OF
                                GOOD FAITH

THE CITY OF NEW YORK and
POLICE OFFICERS JOHN DOE 1-6,

                     Defendants.
------------------------------------------------------------------------X

WALE MOSAKU, ESQ., an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under penalties of perjury:

1. I am a principal of THE LAW OFFICES OF WALE MOSAKU, P.C., the attorney(s) for the plaintiff in this matter.
2. I have brought a motion in the above-entitled action relating to disclosure.
3. A good faith effort has been made to resolve the issues raised in this motion.
4. Prior to filing the instant motion, your affirmant attempted to "meet and confer" with the City's counsel on two occasions (by letter(s) on May 28, 2008 and July 8, 2008 respectively). The City's counsel has not deigned to respond to either letter.

Dated:    Brooklyn, New York
            July 28, 2008

                                                      /s/

                                        _____
                                        WALE MOSAKU