

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 Church St.
New York, NY 10007

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08

August 20, 2008



RECEIVED
AUG 20 2008
JUDGE SWEET CHAMBERS

<u>Via Facsimile (212) 805-7925</u>
Honorable Robert W. Sweet
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Clifton Thomas v. City of New York et al.</u>
         1:07-cv-11425-RWS

Your Honor:

  I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City. Plaintiff has filed the above-referenced complaint, wherein he alleges, *inter alia*, that on March 8, 2007, he was falsely arrested and detained by New York City police officers. Plaintiff further asserts a claim for malicious prosecution.

  I write to inform the Court that plaintiff's counsel, Wale Mosaku, has consented to an enlargement of defendant City's time to respond to his motion to compel further discovery from August 13, 2008 to August 27, 2008.

  Thank you for your consideration in this matter.

So ordered
Sweet USDJ
8.28.08

         Respectfully submitted,

         Joyce Campbell Privéterre (JCP 1846)
         Assistant Corporation Counsel

cc: **Via Facsimile (718) 243-9148**

Wale Mosaku, Esq.
Attorney for Plaintiff
25 Bond Street, 3rd Floor
Brooklyn, NY 11201
Tel: (718) 243-0994