UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CLIFTON THOMAS,

                Plaintiff,

  - against -

THE CITY OF NEW YORK ET AL.,

                Defendants.
------------------------------------X

07 Civ. 11425 (RWS)

O R D E R

**Sweet, D.J.,**

      Plaintiff's letter requesting permission to file Plaintiff's Second Amended Complaint, dated May 13, 2009, will be heard at noon on Wednesday, May 20, 2009, in courtroom 18C.

      It is so ordered.

**New York, NY**
**May    , 2009**

                                  ROBERT W. SWEET
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09